UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORATION UNION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0503 (JR) |
| BNSF RAILWAY COMPANY, | : |
| Defendant. | : |

**ORDER**

The answer filed by defendant BNSF Railway Company appears to admit almost all of the factual allegations of the complaint, denying only that BNSF has "pulled itself out of national handling," Complaint para. 28, Answer para. 27, and the legal conclusions that allegedly flow therefrom. Most of the provisions of Local Civil Rules 16.3 and 16.4 appear to be inapplicable. It is **ORDERED** that the parties confer and present by May 31, 2006, a proposed schedule for the briefing of what the Court assumes will be dispositive motions.

JAMES ROBERTSON
United States District Judge