IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:06CV00503 |
| ) | |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant BNSF Railway Company ("BNSF"), by and through Donald J. Munro, an active member of the United States District Court for the District of Columbia, hereby moves for the pro hac vice admission of David M. Pryor as co-counsel for the purpose of litigating the above-captioned case, and in support thereof avers as follows:

1.  As demonstrated by the attached affidavit, David M. Pryor is a member in good standing of the bar of the State of Texas and the United States District Court for the Northern District of Texas, and is employed as in-house counsel for defendant BNSF, 2500 Lou Menk Drive, AOB-3, Forth Worth, Texas, 76131-2828, telephone 817-352- 2286.

2.  In his capacity as in-house counsel, Mr. Pryor routinely represents the Defendant in labor and employment matters, and is familiar with the affairs, practices, and policies of said Defendant. Goodwin Procter also routinely represents the Defendant in labor and employment matters.

3.  Mr. Pryor is familiar with the local rules of the United States District Court for the District of Columbia.

WHEREFORE, for the foregoing reasons, Defendant BNSF respectfully requests that its Motion for Admission Pro Hac Vice be granted.

Respectfully submitted,

Donald J. Munro (D.C. Bar No. 453600)
GOODWIN PROCTER LLP
901 NEW YORK AVENUE, NW
Washington, D.C. 20001
(202) 346-4000

Counsel for Defendant
BNSF RAILWAY COMPANY

5-18-06

N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:06CV00503 |
| ) | |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF DAVID M. PRYOR

I, DAVID M. PRYOR, under penalty of perjury, state the following is true and correct to the best of my knowledge or information and belief:

1. I am Senior General Attorney for BNSF Railway Company ("BNSF"), 2500 Lou Menk Drive, AOB-3, Forth Worth, Texas, 76131-2828, telephone 817-352-2286.

2. I was admitted to the Bar of the State of Texas in 1994, and have practiced as an attorney in Texas continuously since my admission.

3. I am also admitted to the Texas bar, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the United States Fifth and Eighth Circuit Courts of Appeals.

4. I have not been previously admitted pro hac vice to appear and practice before this Court.

5. Goodwin Procter LLP maintains an office within this District and Donald J. Munro of that office is joined with me of record in representing BNSF in this action. BNSF will benefit from my participation in this action because of my extensive experience representing BNSF in

similar actions in numerous American jurisdictions and my comprehensive knowledge of the practices and policies relevant to this action.

6.    I am a member in good standing of the Bar of each jurisdiction and court to which I am admitted. I have never been sanctioned, censored, reprimanded or disciplined in any manner by any Court or Bar committee or organization.

Dated: May 16, 2006

David M. Pryor

As witness my hand and notarial seal this __16th__ day of May, 2006.

Notary Public

My commission expires __10-27-2007__



CYNTHIA L. AGOSTINI
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-27-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:06CV00503 |
| BNSF RAILWAY COMPANY, | ) |
| Defendant. | ) |

**ORDER FOR ADMISSION PRO HAC VICE**

AND NOW, this ____ day of May, 2006, upon consideration of the foregoing Motion for Admission Pro Hac Vice for attorney David M. Pryor to be admitted to practice in all aspects of the above-captioned case, including trial and appeal, if necessary, on behalf of Defendant BNSF Railway Company, and the Court being duly advised, now finds that is a member in good standing of the bars of the State of Texas and of the United States District Court for the Northern District of Texas.

It is therefore ORDERED, ADJUDGED, and DECREED by this Court that David M. Pryor is GRANTED admission as attorney pro hac vice to practice before this Court in the above-captioned matter.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Motion for Admission Pro Hac Vice and Affidavit of David M. Pryor have been furnished by facsimile and U.S. Mail, Return Receipt Requested, this 18th day of May, 2006 on the following counsel for Plaintiff:

Clinton J. Miller
General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, Ohio 44107

Joseph Guerrieri, Jr.
Guerrieri, Edmond, Clayman & Bartos
1625 Massachusetts Avenue, NW Ste. 700
Washington, DC 20036-7400

_____
Donald J. Munro