UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORATION UNION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0503 (JR) |
| BNSF RAILWAY COMPANY, | : |
| Defendant. | : |

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of David M. Pryor [4], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

JAMES ROBERTSON
United States District Judge