IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED TRANSPORTATION UNION, )
)
Plaintiff, )
)
vs. ) CASE NO. 1:06CV00503
)
BNSF RAILWAY COMPANY, )
)
Defendant. )

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff United Transportation Union ("UTU") and Defendant BNSF Railway Company ("BNSF") that the above entitled action may be dismissed without prejudice since BNSF remains in national handling on all issues. Each party reserves its positions as to the legality of voluntary local handling of compensation issues after national handling has commenced. Each party shall bear its own costs.

Respectfully submitted,

_/s/ Ron Munro (with permission drm)_         _/s/ Clinton J. Miller_
Donald J. Munro (D.C. Bar No. 453600)          Clinton J. Miller, III (D.C. Bar No. 355602)
Goodwin Procter, LLP                           General Counsel
901 New York Avenue, NW                        United Transportation Union
Washington, D.C. 20001                         14600 Detroit Avenue
(202) 345-4000                                 Cleveland, Ohio 44107
(202) 346-4444 FAX                             (216) 228-9400
                                               (216) 228-0937 FAX

_/s/ David M. Pryor_

David M. Pryor (Texas Bar No. 00791470)
BNSF Railway Company
2500 Lou Menk Drive, AOB-3
Fort Worth, Texas 76131-2828
(817) 352-2286
(817) 352-2399 FAX

Attorneys for Defendant
BNSF Railway Company

Dated: May 30th, 2006

_/s/ Joseph Guerrieri, Jr._

Joseph Guerrieri, Jr., (D.C. Bar No. 165555)
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Ave., N.W., Suite 700
Washington, D.C. 20036
(202) 624-7400
(202) 624-7420 FAX

Attorneys for Plaintiff
United Transportation Union